CAIN & HERREN, ALC
ATTORNEYS AT LAW
Michael J. Collins #9087
2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel: (808) 242-9350
Fax: (808) 242-6139
Email: mike@cainandherren.com

*Attorneys for Defendants OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC.*

IN THE UNTED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JTH Tax LLC, doing business as Liberty Tax Service<br><br>              Plaintiff,<br>vs.<br><br>OWEN H. D'SOUZA; NORMA C. D'SOUZA; PICASSO TRIGGER COMPANY LLC,<br>              Defendants. | 1:20-cv-00087<br>(840 Trademark)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF JTH Tax LLC, doing business as Liberty Tax Service; Exhibit A;<br><br>Magistrate Judge: Hon. Kenneth J. Mansfield |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy DEFENDANT'S FIRST

REQUEST FOR ADMISSIONS TO PLAINTIFF JTH Tax LLC, doing business as

Certificate of Service re: Defendant's First Request For Admissions To Plaintiff JTH Tax LLC, doing business as Liberty Tax Service; Exhibit A
JTH Tax LLC v. Owen H. D'Souza, et al. 1:20-cv-00087

Page 1 of 2

Liberty Tax Service and Exhibit A has been served upon the party via email and U.S. Mail on the date indicated below:

Mia Dianne Obciana, Esq.
Law Office of Mia D. Obciana
Topa Financial Center
700 Bishop Street, Suite 1101
Honolulu, Hawaii 96813

Attorney for Plaintiff

Dated: Wailuku, Maui, Hawaii, Wednesday, November 25, 2020.

CAIN & HERREN, ALC

Michael J. Collins, Esq.
*Attorneys for Defendants' Owen H. D'Souza,
Norma C. D'Souza and Picasso Trigger Company*

Certificate of Service re: Defendant's First Request For Admissions To Plaintiff JTH Tax LLC, doing business as Liberty Tax Service; Exhibit A
JTH Tax LLC v. Owen H. D'Souza, et al.  1:20-cv-00087

Page 2 of 2