# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00087-JAO-KJM |
| CASE NAME: | JTH Tax LLC v. D'Souza et al |
| ATTY FOR PLA: | Mia Dianne Obciana |
| ATTY FOR DEFT: | Michael John Collins |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 01/26/2021 | TIME: | 10:00 - 10:18 |

COURT ACTION: EP:   [38] DEFENDANTS AMENDED MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c) hearing held.

Arguments heard.

[38] Defendants Amended Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c) is GRANTED.

Court to issue order.

*Submitted by: Bernie Aurio, Courtroom Manager*