CAIN & HERREN, ALC
ATTORNEYS AT LAW
Michael J. Collins  #9087
2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel:   (808) 242-9350
Fax:   (808) 242-6139
Email:      mike@cainandherren.com

*Attorneys for Defendants OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JTH Tax LLC, doing business as Liberty Tax Service<br><br>Plaintiff,<br><br>vs.<br><br>OWEN H. D'SOUZA; NORMA C. D'SOUZA; PICASSO TRIGGER COMPANY LLC,<br><br>Defendants | CV 20-00087-JAO-KJM<br>(840 Trademark)<br><br>STIPULATION REGARDING DEFENDANTS' MOTION TO REQUEST THE JUNE 28, 2021 TRIAL TO BE CONDUCTED BY VIDEO CONFERENCE<br><br>Trial Date: June 28, 2021<br>Judge: Hon. Jill A. Otake |

**STIPULATION REGARDING DEFENDANTS' MOTION TO REQUEST THE JUNE 28, 2021 TRIAL TO BE CONDUCTED BY VIDEO CONFERENCE**

It is hereby stipulated by and between the parties hereto, Plaintiff JTH Tax

LLC, doing business as Liberty Tax Service and Defendants OWEN H. D'SOUZA,

NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC, by and through their respective counsel, pursuant to Local Rule 10.6, that the trial currently scheduled on June 28, 2021 to be conducted remotely over Zoom.

Dated: Wailuku, Maui, Hawaii, Friday, May 28, 2021.

CAIN & HERREN, ALC

/s/ Michael J. Collins
Michael J. Collins, Esq.
*Attorneys for Defendants*
*OWEN H. D'SOUZA,*
*NORMA C. D'SOUZA, and*
*PICASSO TRIGGER COMPANY LLC*

Dated: Honolulu, Hawaii, Friday, May 28, 2021.

GORDON REES SCUUL MANSUKHANI

/s/ Mia D. Obciana
Mia D. Obciana, Esq.
Attorneys for Plaintiff
JTH TAX LLC d/b/a/ LIBERTY TAX SERVICE

APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii,_____

_____
Honorable Jill A. Otake
United States District Judge