MIA D. OBCIANA          8242
GORDON REES SCULLY MANSUKHANI LLP
500 Ala Moana Boulevard, Suite 7400
Honolulu, Hawaii 96813
Telephone:  (808) 441-1824
Facsimile:   (808) 464-6535
Email:  mobciana@grsm.com

Attorneys for Plaintiff
JTH TAX LLC d/b/a LIBERTY TAX SERVICE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE,<br><br>               Plaintiff,<br><br>vs.<br><br>OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC,<br><br>               Defendants. | 1:20-CV-00087 JAO-KJM<br><br>PLAINTIFF JTH TAX LLC d/b/a/ LIBERTY TAX SERVICE'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE ANY REFERENCE TO PRIOR AGREEMENTS OR UNDERSTANDINGS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial Date: June 28, 2021<br>Time:         8:30 A.M.<br>Judge:        Hon. Jill A. Otake |

PLAINTIFF JTH TAX LLC d/b/a/ LIBERTY TAX SERVICE'S
MOTION *IN LIMINE* NO. 1 TO EXCLUDE ANY REFERENCE TO
PRIOR AGREEMENTS OR UNDERSTANDINGS

Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty"), by and through its attorneys, Gordon Rees Scully Mansukhani, LLP, respectfully moves this honorable Court *in limine*, to preclude Defendants Picasso Trigger Company, LLC ("Picasso Trigger"), Owen H. D'Souza ("D'Souza"), and Norma C. D'Souza (collectively "Defendants") from introducing at trial any and all documents, testimony, evidence, or calling or seeking to examine any witness related to any discussions, agreements, understandings, or compromises related to Defendants obtaining a franchise or negotiation of the written agreement dated April 18, 2014.

Discussions, agreements, understandings, or compromises that predate the April 18, 2014 franchise agreement signed between Liberty and Defendants is irrelevant and any probative value is outweighed by prejudice. Such issues will only waste the Court's time.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rules 401, 402, and 403 of the Federal Rules of Evidence, and is based on the attached memorandum in law, and the records and files herein.

DATED:   Honolulu, Hawai'i, June 8, 2021.

                                                   /s/ Mia D. Obciana
                                        MIA D. OBCIANA
                                        Attorney for Plaintiff
                                        JTH TAX LLC d/b/a
                                        LIBERTY TAX SERVICE