MIA D. OBCIANA        8242
GORDON REES SCULLY MANSUKHANI LLP
500 Ala Moana Boulevard, Suite 7400
Honolulu, Hawaii 96813
Telephone:  (808) 441-1824
Facsimile:   (808) 464-6535
Email:  mobciana@grsm.com

Attorneys for Plaintiff
JTH TAX LLC d/b/a LIBERTY TAX SERVICE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE,<br><br>     Plaintiff,<br>vs.<br><br>OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC,<br><br>     Defendants. | 1:20-CV-00087 JAO-KJM<br><br>PLAINTIFF JTH TAX LLC d/b/a/ LIBERTY TAX SERVICE'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Trial Date: June 28, 2021<br>Time:   8:30 A.M.<br>Judge:  Hon. Jill A. Otake |

## PLAINTIFF JTH TAX LLC d/b/a/ LIBERTY TAX SERVICE'S
## <u>FINAL WITNESS LIST</u>

Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty"), by and through its attorneys, Gordon Rees Scully Mansukhani, LLP, hereby submits its Final Witness List.

The following are the witnesses to be called at trial:

1.	Brian Ashcraft. Mr. Ashcraft is the Assistant Vice President of Product Development at Liberty.

2.	Owen D'Souza. Mr. D'Souza is a defendant and the designated representative for Picasso Trigger Company LLC.

3.	Norm D'Souza. Ms. D'Souza is a defendant and a member of Picasso Trigger Company LLC.

4.	Liberty reserves the right to call any other witnesses named by Defendants in their Final Witness List.

DATED:	Honolulu, Hawai'i, June 8, 2021.

							/s/ Mia D. Obciana
							MIA D. OBCIANA
							Attorney for Plaintiff
							JTH TAX LLC d/b/a
							LIBERTY TAX SERVICE