CAIN & HERREN, ALC
ATTORNEYS AT LAW
Michael J. Collins #9087
2141 W. Vineyard Street
Wailuku, Hawai'i 96793
Tel:  (808) 242-9350
Fax:  (808) 242-6139
Email:  mike@cainandherren.com
*Attorneys for Defendants OWEN H. D'SOUZA ET AL.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| JTH Tax LLC, doing business as Liberty Tax Service<br><br>Plaintiff,<br><br>vs.<br><br>OWEN H. D'SOUZA; NORMA C. D'SOUZA; PICASSO TRIGGER COMPANY LLC,<br>    Defendants. | 1:20-cv-00087-JAO-KJM<br>(840 Trademark)<br><br>DEFENDANTS' SUPPLEMENTAL TRIAL BRIEF<br><br><u>Trial</u><br>Date:  June 28, 2021<br>Time:  8:30 a.m.<br>Judge: Hon. Jill A. Otake |

## **DEFENDANTS' SUPPLEMENTAL TRIAL BRIEF**

COMES NOW, Defendants OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC, by and through their attorneys, CAIN & HERREN, ALC, and pursuant to Paragraph 29 of the Rule 16 Scheduling Order, which was filed June 26, 2020, Dkt. 23,

Defendants' Trial Brief
JTH Tax LLC v. Owen H. D'Souza, et al.
1:20-cv-00087-JAO-KJM

submits the following supplemental trial brief.

### Choice of Law

Defendants stipulate that Virginia law should apply to the franchise agreements.

Dated: Wailuku, Maui, Hawaii, Friday, June 18, 2021.

CAIN & HERREN, ALC

_____
Michael J. Collins, Esq.
*Attorneys for Defendants Owen H. D'Souza, Norma C. Souza & Picasso Trigger Company LLC*

Defendants' Trial Brief
JTH Tax LLC v. Owen H. D'Souza, et al.
1:20-cv-00087-JAO-KJM