MIA D. OBCIANA          8242
SABRINA M. KAWANA          10786
GORDON REES SCULLY MANSUKHANI LLP
500 Ala Moana Boulevard, Suite 7400
Honolulu, Hawaii 96813
Telephone:  (808) 441-1824
Facsimile:  (808) 464-6535
Email:  mobciana@grsm.com


Attorneys for Plaintiff
JTH TAX LLC d/b/a LIBERTY TAX SERVICE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>OWEN H. D'SOUZA, NORMA C. D'SOUZA, and PICASSO TRIGGER COMPANY LLC,<br><br>                    Defendants. | 1:20-CV-00087 JAO-KJM<br><br>CERTIFICATE OF SERVICE<br><br>RE: PLAINTIFF JTH TAX LLC d/b/a LIBERTY TAX SERVICE'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE ANY NEW DEFENSE THEORIES |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date below and by the methods of service noted,

a true and correct copy of the foregoing document was served on the following via

Email/USPS/**CM-ECF**:

Michael J. Collins                                         mike@cainandherren.com
Cain & Herren, ALC

Attorney for Defendants
Owen H. D'Souza
Norma C. D'Souza
Picasso Trigger Company

DATED:       Honolulu, Hawai'i, June 25, 2021.


          /s/ Mia D. Obciana
MIA D. OBCIANA

Attorney for Plaintiff
JTH TAX LLC d/b/a
LIBERTY TAX SERVICE

2