AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

JTH TAX LLC d/b/a LIBERTY TAX SERVICE

       Plaintiff,

      V.

OWEN H. D'SOUZA, NORMA C. D'SOUZA AND PICASSO TRIGGER COMPANY LLC

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case: CV 20-00087 JAO-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 24, 2021

At 7 o'clock and 05 min a.m.
MICHELLE RYNNE, CLERK

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the "Findings of Fact and Conclusions of Law", ECF No. 141, filed on September 24, 2021,  judgment is entered in favor of  Plaintiff JTH Tax LLC d/b/a Liberty Tax Service with respect to Counts II, III, and V, and in favor of Defendants Owen H. D'Souza, Norma C. D'Souza and Picasso Trigger Company LLC  with respect to Counts I, IV, VI, VII, VIII, IX, X, XI, and XII.  The Court further ORDERS that judgment enter in favor of Plaintiff and against Defendants in the amount of Two Hundred Sixty-Seven Thousand Two Hundred Fifty-Eight and 96/100 Dollars ($267,258.96), and in favor of Plaintiff and against Owen H. D'Souza and Norma C. D'Souza in the amount of Sixty-Seven Thousand Two Hundred Eighty-Eight and 11/100 Dollars ($67,288.11)

September 24, 2021

Date

MICHELLE RYNNE

Clerk

/s/ Michelle Rynne by ET

(By) Deputy Clerk